GRANTED.
IT IS SO ORDERED.
s/Kenneth S. McHargh
United States Magistrate Judge
January 7, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) ) CASE NO. 1:13-CV-01275 ) |
| v. | ) MAGISTRATE JUDGE ) MCHARGH |
| MPW INDUSTRIAL SERVICES, INC., et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

In accordance with the settlement agreement of the parties, dated December 29, 2014, this matter is dismissed with prejudice in accordance with Rule 41(a)(ii), with each party bearing its own costs. Further, the Court retains continuing jurisdiction to resolve disputes concerning implementation of the parties' settlement agreement.

Respectfully submitted,

/s/ Sandra B. Kramer
SANDRA B. KRAMER (0002071)
Sr. Trial Attorney
U.S. Department of Labor
1240 East Ninth Street
Cleveland, Ohio 44199
(216) 522-3876; (216) 522-7172 Fax
E-mail: Kramer.Sandra@dol.gov

OF COUNSEL:
BENJAMIN T. CHINNI
Associate Regional Solicitor

/s/ Richard A. Millisor
RICHARD A. MILLISOR
Attorney for Employer
Fisher & Phillips LLP
9150 South Hills Blvd., Ste. 300
Cleveland, Ohio 44157